Ifeanyi Charles Anthony OKPALOBI, doing business as Gentilly Medical Clinic for Women, Plaintiff–Appellee,

and

Causeway Medical Suite; Bossier City Medical Suite; Hope Medical Group for Women, Delta Women's Clinic; Women's Health Clinic; James Deguerce; A. James Whitmore, III, Intervenors–Appellees,

v.

Mike FOSTER, Governor of the State of Louisiana; State of Louisiana, Substituted in place of Kenneth Duncan, Treasurer of the State of LA, Defendants–Appellants.

No. 98–30228.

United States Court of Appeals, Fifth Circuit.

Jan. 6, 2000.

Sidney M. Bach (argued), Bach & Wasserman, Metairie, LA, for Plaintiff–Appellee.

Priscilla Joyce Smith (argued), Center for Reproductive Law & Policy, New York City, William E. Rittenberg, Rittenberg & Samuel, New Orleans, LA, for Intervenors–Appellees.

Robert B. Barbor, Roy A. Mongrue, Jr., Asst. Atty. Gen. (argued), LA Dept. of Justice, Civil Div., Baton Rouge, LA, for Defendants–Appellants.

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A majority of the judges in active service having determined, on the court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.